# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2663 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 114 DB 2011 |
| | : | |
| v. | : | Attorney Registration No. 46569 |
| | : | |
| ROBERT CHARLES CORDARO, | : | (Lackawanna County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2019, upon consideration of the Verified Statement of Resignation, Robert Charles Cordaro is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. He shall comply with the provisions of Pa.R.D.E. 217, and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).